UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )    CRIMINAL NO. 02 CR 40011-NMG
            v.              )    VIOLATIONS:
                            )    18 U.S.C. § 1832(a)(4) - Theft
                            )    of Trade Secrets
JEFFREY FORGUES             )

## INDICTMENT

The Grand Jury charges:

COUNT ONE:    18 U.S.C. § 1832(a)(4) - Theft of Trade Secrets

On or about January 27, 1999, at Leominster, in the District of Massachusetts,

JEFFREY FORGUES,

defendant herein, did knowingly attempt to receive, buy, and possess trade secrets, specifically, the generic industry names of chemicals identified by code names proprietary to AlphaGary Corp., which were related to and included in products developed by AlphaGary Corp., to wit, plastic wire and cable insulation formulations, that were produced for and placed in interstate commerce, to the economic benefit of persons and entities other than the owner thereof, and intending and knowing that the offense would injure AlphaGary Corp., the owner of the trade secrets.

All in violation of Title 18, United States Code, Section 1832(a)(4).



A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; April 24, 2002 at 3:35 pm

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:**    Category No. __II__    Investigating Agency __FBI__

City __Leominster__    Related Case Information    *02 CR 40011-NMG*

County __Worcester__

Superseding Ind./Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __JEFFREY A. FORGUES__    Juvenile: ☐ Yes   X No

Alias Name _____

Address __212 ASHBURNHAM STATE ROAD, WESTMINSTER, MA__

Birthdate: __5/22/63__ SS # __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__ Sex: __Male__ Race: __White__ Nationalit _____

**Defense Counsel if known:** __JOHN WALL, ESQ.__    Address __6 BEACON STREET__

                                                                                                   __BOSTON, MA 02108__

Bar Number _____

**U.S. Attorney Information:**

AUSA __JEANNE M. KEMPTHORNE__    Bar Number if applicable __267410__

Interpreter: ☐ Yes   X No    List language and/or dialect: _____

**Matter to be SEALED:** ☐ Yes   X No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    X Indictment

**Total # of Counts:** ☐ Petty ___    ☐ Misdemeanor ___    X Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __April 24, 2002__    Signature of AUSA: __Jeanne M. Kempthorne__